NOS. 07-06-0457-CR
07-06-0458-CR
07-06-0459-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 8, 2007
_____

DUSTIN LEE ALLEN, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 49,984-D, 49,985-D, 53,537-D; HONORABLE DON EMERSON, JUDGE
_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**ON MOTION TO DISMISS**

Pending before this Court is appellant's motion to dismiss his appeals. Appellant and his attorney both have signed the document stating that appellant withdraws his appeals. Tex. R. App. P. 42.2(a). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeals are dismissed. No motion for rehearing will be entertained and our mandates will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.